FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 APR -3 PM 3: 20

UNITED STATES OF AMERICA

v.

DANIEL HEFFIELD

CASE NO. 6:13-cr-67-Orl-36DAB
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253 - Forfeiture

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

From at least on or about August 24, 2012 and continuing through at least on or about September 13, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**DANIEL HEFFIELD**

the defendant herein, did knowingly transport images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, that is, the Internet, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

### COUNT TWO

On or about November 19, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**DANIEL HEFFIELD**

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, that is, the Internet, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## **FORFEITURES**

1.      The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant, DANIEL HEFFIELD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

a.      Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, a Western Digital external hard drive, serial # CAUU4A053273, an Apple Mac Book laptop computer, serial # 090404FBEE00YKH2PX3F and internal hard drive, and an Apple I-Mac computer, serial # YM1392XRLRG and internal hard drive.

 3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney
Deputy Chief, Orlando Division

By: _____
A. Lee Bentley, III
First Assistant United States Attorney

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DANIEL HEFFIELD

## INDICTMENT

Violations:

18 U.S.C. 2252A(a)(1)
18 U.S.C. 2252A(a)(5)

A true bill,

_____
Foreperson

Filed in open court this 3rd day

of April, 2013.

_____
Clerk

Bail $ _____

GPO 863 525