FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 MAY 22  PM 2: 34

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:13-cr-67-Orl-36DAB
                                      18 U.S.C.§ 2251(a)
DANIEL HEFFIELD                       18 U.S.C. § 2252A(a)(1)
                                      18 U.S.C. § 2252A(a)(5)(B)
                                      18 U.S.C. § 2253 - Forfeiture

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT ONE

In on or about March 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### DANIEL HEFFIELD

the defendant herein, did knowingly use and attempt to use a minor under the age of 18 years, that is V1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, titled S01, which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which was transported and transmitted using any means or facility of interstate and foreign commerce, and which was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

In on or about March 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### DANIEL HEFFIELD

the defendant herein, did knowingly use and attempt to use a minor under the age of 18 years, that is V2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, titled S12, which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which was transported and transmitted using any means or facility of interstate and foreign commerce, and which was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE

In on or about March 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### DANIEL HEFFIELD

the defendant herein, did knowingly use and attempt to use a minor under the age of 18 years, that is V2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, titled S13, which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which was transported and

2

transmitted using any means or facility of interstate and foreign commerce, and which was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT FOUR

On or about August 24, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### DANIEL HEFFIELD

the defendant herein, did knowingly transport images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, that is, the Internet, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

### COUNT FIVE

On or about September 10, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### DANIEL HEFFIELD

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, that is, the Internet, and that had been shipped

3

and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT SIX

On or about September 11, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### DANIEL HEFFIELD

the defendant herein, did knowingly transport images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, that is, the Internet, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

## COUNT SEVEN

On or about September 12, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### DANIEL HEFFIELD

the defendant herein, did knowingly transport images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, that is, the Internet, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

### COUNT EIGHT

On or about September 13, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**DANIEL HEFFIELD**

the defendant herein, did knowingly transport images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, that is, the Internet, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

### COUNT NINE

On or about November 19, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**DANIEL HEFFIELD**

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, that is, the Internet, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

5

## FORFEITURES

1.     The allegations contained in Counts One through Nine of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.     From his engagement in the violations alleged in Counts One through Nine of this Superseding Indictment, the defendant, DANIEL HEFFIELD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

a.     Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, a Western Digital external hard drive, serial # CAUU4A053273, an Apple Mac Book laptop computer, serial # 090404FBEE00YKH2PX3F and internal hard drive, an Apple I-Mac computer, serial # YM1392XRLRG and internal hard drive, and a Kodak camera.

6

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney

By: _____
A. Lee Bentley, III
First Assistant United States Attorney

7

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

DANIEL HEFFIELD

## INDICTMENT

Violations:

18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of May, 2013.

_____
Clerk

Bail   $ _____