# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                        Case No. 6:13-cr-67-Orl-36DAB

DANIEL HEFFIELD

AUSA: Karen L. Gable
Defense Atty.: James T. Skuthan

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | May 28, 2013<br>10:50-10:55 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | None | | |

## CLERK'S MINUTES
## Arraignment on Superseding Indictment

Case called, appearances taken
Procedural setting by Court
Government indicates changes in superseding indictment
Defendant enters plea of not guilty to all charges
Court receives plea