UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:13-cr-67-Orl-36DAB

DANIEL HEFFIELD

### UNITED STATES' WITNESS LIST FOR SENTENCING

The United States, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Special Agent Rod Hyre may testify at the sentencing of the above-captioned case. The government anticipates that Agent Hyre's testimony will take approximately 45 minutes. In addition, the United States anticipates that two victims may appear to make a statement or otherwise testify at the hearing, and that their testimony should take approximately 15 minutes.

Respectfully submitted,

A. LEE BENTLEY, III
Acting United States Attorney

By:   *s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
USA No. 025
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:   karen.gable@usdoj.gov

U.S. v. DANIEL HEFFIELD          Case No. 6:13-cr-67-Orl-36DAB

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James T. Skuthan, Esq.
Assistant Federal Public Defender

*s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
USA No. 025
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:    karen.gable@usdoj.gov