UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
**Sentencing**

Case Number: 6:13-CR-67-ORL-36DAB

| **UNITED STATES OF AMERICA** | Government's counsel: | Karen Gable |
| Plaintiff . | | |
| -v- | | |
| **DANIEL HEFFIELD** | Defense Counsel: | James Skuthan |
| Defendant. | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Koretta Stanford 407.872.1715 |
|---|---|---|---|
| Courtroom Clerk: | N. L. Leiter | Interpreter: | None |
| Date: | January 14, 2014 | Time: | 1:38 pm to 4:28 pm |

Defendant is adjudged guilty to Counts Two and Nine of the Superseding Indictment.

**IMPRISONMENT:  300 months**.  This term consists of 300 months on Count Two, and a term of 120 months on Count Nine, all such terms to run concurrently.
          Court recommends Defendant be afforded mental health treatment while incarcerated, and that the Defendant be placed in a facility close to the State of Florida.

The Original Indictment and Counts One, Three through and including Eight of the Superseding Indictment are **DISMISSED.**

**SUPERVISED RELEASE:  LIFE** term on each of Counts Two and Nine, all such terms to run concurrently.

The mandatory drug testing requirements are IMPOSED.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
          -Mental Health Treatment (Sexual Offender)
          -Legal Requirements condition - shall register with the state sexual offender registration
           agency(s) etc.,
          -Risk Control condition - shall have no contact with minors, etc.
          -Search condition
          -Financial condition
          -DNA Collection Policy

**FINE**: WAIVED

**SPECIAL ASSESSMENT:** $200.00 due immediately

**FORFEITURE:** Pursuant to the Plea Agreement and Preliminary Order of Forfeiture.

Plea Agreement is accepted.

Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

_____

Witness: Neil Burdick, Victim Statements: Beverly Norberg, Randy Rachal.

Doc. 40   Government's Motion for Entry of Preliminary Order of Forfeiture - GRANTED.

Oral Motion by Government to place under SEAL Government's Exhibit #1
Oral Order GRANTING Government Motion to Seal Government Exhibit #1

_____