UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

DANIEL HEFFIELD

    Defendant ☐

Case No.   13-cr-67-Orl-36DAB

☐ Evidentiary
☐ Trial
☒ Other - Sentencing

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | 1/14/14 | 1/14/14 | Burdick | | SEALED – CD containing Child Pornography Videos. |
| 2. | 1/14/14 | 1/14/14 | Burdick | | Composite photos of bathroom and camera. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.