


# Exhibit List

___Government      ___Plaintiff      ✗ Defendant      ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | 1/14/14 | 1/14/14 | | | Report of Richard D Connor |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case Number: 6:13cr6:10v/36 JAB        Style: USA -v- Daniel Heffield