

# ESI CONSULTING
### DIGITAL FORENSIC SERVICES

Richard D. Connor, Jr., Esq.
AccessData Certified Examiner
Certified Computer Examiner
Certified Forensic Computer Examiner
Digital Forensic Certified Practitioner
EnCase Certified Examiner







January 7, 2014

James Skuthan, Esq.
Federal Public Defender Office
201 S. Orange Ave.
Suite 300
Orlando, FL 32801

Re:   *United States v. Heffield*, Case No. 6:2013-cr-00067 (M.D. Fla.)

This is my Report in this matter. Please let me know if you have any questions.

1. **Items Examined**
   a. Some of the discovery provided by government.
   b. Forensic images of seized media examined at FBI office October 11, 2013.
      i. Item 10, laptop hard drive
      ii. Item 11, iMac hard drive
   c. Graphics book marked as notable, reviewed at FBI office November 19, 2013.

2. **Examination and Analysis Performed**
   a. Examined and analyzed hard drive images and Notable graphics to determine
      i. The context of the files alleged to contain cp
      ii. Heffield's interests

965 S ORLANDO AVE, WINTER PARK, FL 32789
407-740-7163 ◆ 407-740-5805 (FAX)
WWW.ESICONSULTINGFL.COM ◆ RICHARD@ESICONSULTINGFL.COM

James Skuthan, Esq.
Re: US v. Heffield
January 7, 2014

3.   **Results of Examination and Analysis**

   a.   **General Information Regarding Seized Items**

Item 10 is the new computer, used since 2009. This computer does not contain any existing cp files, all alleged cp files were carved from unallocated space.

Item 11 is the old computer, used 2002 to 2008. This computer allegedly contains existing cp files, and carved cp files.

I did not examine item 1, an external hard drive. The government discovery shows that item 1 does not contain any existing cp files, all alleged cp files were carved from unallocated space.

I did review all Notable Graphics, existing files and carved files, from all three items.

   b.   **The Carved Files**

Carved files are files that are not recognizable by the operating system or the file system. They are deleted files which, according to the operating system, the file system, and the computer user, are gone, deleted, not accessible. It is not possible for the computer user to know whether these files even exist, and it is not possible to access, or exercise possession, custody or control over, these files without the use of specialized software, such as computer forensic programs such as FTK or EnCase.

Specialized software, such as FTK and EnCase, can "carve" or retrieve, these files based on the file's signature. But these carved files do not have MAC (Modified, Accessed, Created) dates and times, they do not belong to any folder, and they do not have a name. In short, it is not possible to know where they came from, when they were created, when they were deleted, where they resided on the hard drive, whether they were ever accessed, viewed, etc.

As set forth below, all of the alleged enhancement files, the s&m files, are carved files.

   c.   **The Existing Files on Item 11**

820 existing files are alleged to contain cp. All of the 820 files are pictures, none are videos. All of the 820 files are in the path \Documents\LS and subfolders. The LS folder contains 45 subfolders. Those 45 subfolders contain 4,405 pictures, and 0 videos.

Each subfolder contains an LSM type set of pictures. The sets begin with the subject clothed, and usually end with several nude or partially nude pictures. Generally there are no males and no sexual activity depicted. The pictures usually appear to be more erotica than pornography.

James Skuthan, Esq.
Re: US v. Heffield
January 7, 2014  Page 3 of 5

This is borne out by the ratio of pictures designated as cp compared to the pictures not designated as cp. In the LS folder and subfolder, 820 of 4,405 files are designated as cp, or 18.6%. The following is a sample of the numbers and ratios from several of the subfolders:

>   lsb-002, 46 files designated, 109 total, ratio is 42.20%
>   lsb-010, 5 files designated, 104 total, ratio is 4.81%
>   lsb-026, 30 files designated, 197 total, ratio is 15.23%
>   siren-004, 29 files designated, 187 total, ratio is 15.51%.

>   533 of the 820 files have creation dates of 2007-08-03.
>   165 of the 820 files have creation dates of 2008-02-20.
>   33 of the 820 files have creation dates of 2008-05-13.
>   2 of the 820 files have creation dates of 2008-05-15.
>   87 of the 820 files have creation dates of 2008-09-05.

This was also confirmed during the review of the Notable Graphics. Several graphics from different sets or folders were marked as notable, while many other graphics from the same sets or folders were not marked as notable.

### d. User Activity

#### i. P2P Programs

Limewire was installed on Item 11, the old computer, and was last run July 9, 2003. The data shows that most of the files associated with Limewire were music, but some files have names indicative of cp.

Limewire was installed on Item 10, the new computer, and was last run December 23, 2010. The data shows that all of the files associated with Limewire were music.

I was not able to determine any of the search terms used.

#### ii. Newsgroups

Item 10, the new computer, shows that the following Newsgroups were subscribed to:

>   alt.binaries.aoi
>   alt.binaries.camille
>   alt.binaries.erotica.pictures.young
>   alt.binaries.gbuds
>   alt.binaries.mac

James Skuthan, Esq.
Re: US v. Heffield
January 7, 2014

Page 4 of 5

      alt.binaries.multimedia.erotica.voyeurism
      alt.binaries.pictures.attila
      alt.binaries.pictures.bdstudio
      alt.binaries.pictures.earlmiller
      alt.binaries.pictures.erotica.butt
      alt.binaries.pictures.erotica.earty-teens
      alt.binaries.pictures.erotica.female.genitalia.large
      alt.binaries.pictures.erotica.high-school
      alt.binaries.pictures.erotica.hussy
      alt.binaries.pictures.erotica.panties
      alt.binaries.pictures.erotica.spanking.teens
      alt.binaries.pictures.erotica.transexual.action
      alt.binaries.pictures.erotica.voyeurism
      alt.binaries.pictures.fetish.urine
      alt.binaries.pictures.hussy.iso
      alt.binaries.pictures.nudism.youth
      alt.binaries.pictures.rika-nishimura
      alt.binaries.pictures.tinygirls
      alt.binaries.pictures.youth-and-beauty
      alt.binaries.resume
      alt.binaries.sounds.mp3.complete_cd
      alt.binaries.sounds.samples

I also saw data showing that files had been downloaded from several other Newsgroups, including:

      alt.binaries.pictures.totty
      alt.binaries.ijsklontje
      alt.binaries.pictures.erotica.amateur.exhibitionism
      alt.binaries.pictures.erotica.upskirt

The best I can determine is that most of the downloaded files, or most activity, came from alt.binaries.multimedia.erotica.voyeurism.

These are some examples of the file names downloaded from the newsgroups. Note, however, that these files are not on Items 10 or 11 now, they were deleted.

      "wet" bathroom fun
      Some newer pool_vids
      lili-wet-yellow-panties-1.wmv
      lili-showering-solo-2.wmv
      piss camera college toilet
      The French toilet

James Skuthan, Esq.
Re: US v. Heffield
January 7, 2014                                                                                                    Page 5 of 5

    [ REAL AMATEUR STUFF]/newyorkcity-shopingmall-undress-fittingroom.rar
    3 Mediocre Upskirt Vids
    Another bunch of uppies

My review of the data indicates that most of the picture and video files that were on the computers had names relating to:

    voyeurism
    upskirt
    pee / bathroom

I saw nothing to indicate that the user sought out hardcore cp. There is evidence that files with hardcore names had been on the drives, but most of these files were contained in archive files (.zip, .rar) that had names that did not indicate they contained hardcore files. For example, one archive downloaded was named "A few Toris". Inside was a file named "!!!!!!!!!!!!!!NEWER new pedo ptsc preteen 9yo Tori lsm, bd-company, lso, ls island, kdquality, hussyfan, kiddy 0100.jpg"

        **iii.**     **Enhancement Graphics**

Several pictures showed a post pubescent female "tied up" in a colorful rope, or cord. These pictures were all carved. As set forth above, the computer user could not know that the files were on the computer, could not exercise custody or control over them.

        **iv.**     **User was not saving or collecting cp**

Except for the files in the LS folder and subfolders on the old computer, none of the files downloaded from the newsgroups or with Limewire were saved, they all were deleted. I have not been able to determine when the files were deleted.

        Sincerely,

        *[signature]*

        Richard D. Connor, Jr., Esq. ACE CCE CFCE DFCP EnCE