UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

                                                      Case No. 6:13-CR-67-ORL-36DAB

DANIEL HEFFIELD,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Daniel Heffield, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's judgment and sentence filed in this matter on January 16, 2014 at Doc. 62. Respectfully submitted this the 30th day of January 2014.

                                                            Donna L. Elm
                                                            Federal Defender

                                                           */s/ Jin Skuthan*
                                                           Jim Skuthan
                                                           First Assistant Federal Defender
                                                           Florida Bar No. 0544124
                                                           201 S. Orange Avenue, Suite 300
                                                           Orlando, FL 32801
                                                          Telephone: 407-648-6338
                                                          Fax: 407-648-6095
                                                          E-Mail: jim_skuthan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send notice of the electronic filing to Karen L. Gable, Assistant United States Attorney, this the 30th day of January 2014.

>                                        */s/ Jim Skuthan*
>                                         Jim Skuthan
>                                         First Assistant Federal Defender